UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| TROY SANDERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 3:22-cv-84 |
| v. | ) |
| | ) |
| SEIDALI NMI ISMAILOV and MANAS EXPRESS CORP. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA.

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1332, 1441, and 1446, 28:1441; Defendants, SEIDALI NMI ISMAILOV and MANAS EXPRESS CORP. (collectively "Defendants"), by counsel, hereby file this Notice of Removal to remove the above-entitled action to this Court based upon the following supporting grounds. Defendants, appearing solely for the purpose of this removal, and for no other purpose, and preserving all other defenses available to them, state as follows:

### VENUE

1. Removal to the Southern District of Indiana, Evansville Division, is appropriate pursuant to 28 U.S.C. § 1441(a), because the Southern District of Indiana, Evansville Division, embraces the County of Warrick, where the action was pending prior to the filing of this Notice of Removal.

## REMOVAL IS TIMELY

2. On or about February 1, 2022, Defendant, MANAS EXPRESS CORP. was served with a Summons and Complaint in the above-entitled action

3. On or about May 19, 2022, Defendant, SEIDALI NMI ISMAILOV was served with a Summons and Complaint in the above-entitled action by Waiver of Summons.

4. The above-entitled action was commenced against Defendants in the Warrick County Circuit Court, of the State of Indiana, Cause No. 87C01-2112-CT-002437 and is now pending therein.

5. Therefore, removal is timely under 28 U.S.C. § 1446 (b)(1).

## STATE COURT PROCEEDINGS

6. On December 21, 2021, Plaintiff, Troy Sanders (hereinafter "Plaintiff") filed his Complaint and Summons in the above-entitled action against Defendants in the Warrick County Circuit Court, of the State of Indiana, Cause No. 87C01-2112-CT-002437 and is now pending therein.

7. On May 19, 2022, Plaintiff filed a Waiver of Summons which was executed by both Attorney Smith on behalf of Plaintiff and Attorney Robert R. Foos, Jr. on behalf of Seidali Nmi Ismailov and Manas Express Corporation.

## DIVERSITY JURISDICTION EXISTS

8. This is a civil action that falls within the Court's original jurisdiction under 28 U.S.C. § 1332 and is one that may be removed to this Court based on diversity of citizenship under 28 U.S.C. §§ 1441 and 1446.

9. Plaintiff, Troy Sanders is a citizen of the State of Indiana.

10. Defendant, Seidali Nmi Ismailov is a citizen of the State of Washington.

11.     Manas Express Corp. is an Illinois corporation with its principal place of business in Illinois.

12.     Manas Express Corp. is not incorporated in Indiana or have its principal place of business in Indiana, it is not a citizen of the State of Indiana for purposes of diversity jurisdiction.

13.     There is complete diversity of citizenship between the parties named in this case.

14.     Plaintiff's Complaint for Damages does not demand a specific sum of monetary damages. The State of Indiana does not permit a demand for a specific sum or permit recovery of damages in excess of the amount demanded. Therefore, this Notice of Removal states that the monetary value of the amount in controversy exceeds $75,000, exclusive of interest and costs, based upon the following:

15.     Based upon the injuries alleged and damages claimed by Plaintiff, he seeks recovery in excess of $75,000 exclusive of interest and costs, the value to Plaintiff of the relief sought in the Complaint exceeds $75,000 exclusive of interest and costs, and/or the amount in controversy exceeds $75,000 exclusive of interest and costs.

16.     Therefore, this state court action is properly removed to this Court in accordance with 28 U.S.C. §§ 1441 and 1446 because: (1) this action is a civil action pending within the jurisdiction of the United States District Court for the Southern District of Indiana, Evansville Division; (2) this action is between citizens of different States; (3) the amount in controversy exceeds $75,000, exclusive of interest and costs.

**STATUTORY REQUIREMENTS**

17.     Pursuant to 28 U.S.C. § 1446(a), a copy of the entire state court file is attached as an Exhibit and includes the State Court Record as of the date of this Notice of Removal, including the following: Plaintiff's Complaint, Appearance and Summons to Defendants.

18.     Pursuant to S.D. Ind. L.R. 81-2(c), a copy of the operative Complaint is also attached hereto as a separate Exhibit to this Notice of Removal.

19.     A copy of this Notice of Removal has been filed in the Warrick County Circuit Court and all parties have been served with both this Notice of Removal and the Notice of Filing Notice of Removal.

WHEREFORE, Defendants, SEIDALI NMI ISMAILOV and MANAS EXPRESS CORP. by counsel, respectfully request that the above-entitled action be removed from the Warrick County Circuit Court to the United States District Court for the Southern District of Indiana, Evansville Division.

LEWIS WAGNER, LLP

By:  */s/Robert R. Foos, Jr.*
ROBERT R. FOOS, JR., #20885-45
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2022, a copy of the foregoing **Notice of Removal** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

    John L. Smith
    MORGAN & MORGAN
    20 NW Third Street, Suite 940
    Evansville, IN 47708
    *Counsel for Plaintiff*

        By: /s/ *Robert R. Foos, Jr.*
            ROBERT R. FOOS, JR.

LEWIS WAGNER, LLP
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN 46201
Telephone:     317-237-0500
Facsimile:     317-630-2790
rfoos@lewiswagner.com