# REMOVAL TO FEDERAL COURT

## <u>STATE COURT RECORD</u>

STATE OF INDIANA

Warrick Circuit Court

87C01-2112-CT-002437

TROY SANDERS

v.

SEIDALI NMI ISMAILOV AND MANAS EXPRESS CORP.

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Troy Sanders v. Seidali Nmi Ismailov, Manas Express Corp.

| Case Number | 87C01-2112-CT-002437 |
| --- | --- |
| Court | Warrick Circuit Court |
| Type | CT - Civil Tort |
| Filed | 12/21/2021 |
| Status | 12/21/2021 , Pending  (active) |

## Parties to the Case

Defendant  Nmi Ismailov, Seidali

<u>Address</u>
1003 176th Ave NE
Bellvue, WA 98008

Defendant  Manas Express Corp.

<u>Address</u>
C/O Sagynbek Matmuratov
2842 S State Street
Lockport, IL 60441

Plaintiff      Sanders, Troy

<u>Attorney</u>
Robert Thomas Garwood
*#3222349, Retained*

Gerling Law Offices, P.C.
P O Box 3203
Evansville, IN 47708
812-423-5251(W)

## Chronological Case Summary

| 12/21/2021 | **Case Opened as a New Filing** | |
| --- | --- | --- |

| 12/21/2021 | **Complaint/Equivalent Pleading Filed** | |
| --- | --- | --- |
| | Complaint | |
| | Filed By: | Sanders, Troy |
| | File Stamp: | 12/21/2021 |

| 12/21/2021 | **Appearance Filed** | |
| --- | --- | --- |
| | Appearance | |
| | For Party: | Sanders, Troy |
| | File Stamp: | 12/21/2021 |

| 12/21/2021 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons | |
| | Filed By: | Sanders, Troy |
| | File Stamp: | 12/21/2021 |

| 12/21/2021 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons Manas | |
| | Filed By: | Sanders, Troy |
| | File Stamp: | 12/21/2021 |

| 01/25/2022 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Alias Summons | |
| | Filed By: | Sanders, Troy |
| | File Stamp: | 01/25/2022 |

| 02/07/2022 | **Certificate of Issuance of Summons** | |
|---|---|---|
| | affidavit of service.pdf | |
| | exhibit a.pdf | |
| | Affidavit of Service | |
| | Filed By: | Sanders, Troy |
| | File Stamp: | 02/07/2022 |

| 02/07/2022 | **Appearance Filed** | |
|---|---|---|
| | Appearance | |
| | For Party: | Sanders, Troy |
| | File Stamp: | 02/07/2022 |

| 02/09/2022 | **Motion to Withdraw Appearance Filed** | |
|---|---|---|
| | Motion to Withdraw | |
| | Filed By: | Sanders, Troy |
| | File Stamp: | 02/09/2022 |

| 05/19/2022 | **Waiver/Consent to Proposed Action Filed** | |
|---|---|---|
| | Waiver of the Service of Summons | |
| | Filed By: | Sanders, Troy |
| | File Stamp: | 05/19/2022 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Sanders, Troy

Plaintiff

### Balance Due (as of 06/16/2022)

**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|------|-------------|--------|
| 12/21/2021 | Transaction Assessment | 157.00 |
| 12/21/2021 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

Case 3:22-cv-00084-RLY-MPB Document 1-1 Filed 07/16/22 Page 5 of 24 PageID #: 10

37C01-2112-CT-002487

Warrick Circuit Court

Filed: 12/21/2021 1:09 PM
Clerk
Warrick County, Indiana

# IN THE WARRICK CIRCUIT COURT
## STATE OF INDIANA

TROY SANDERS
    Plaintiff

v.                         CASE NO. _____

SEIDALI NMI ISMAILOV

and

MANAS EXPRESS CORP.
    Defendants

## COMPLAINT

Plaintiff, Troy Sanders, by counsel, and for his cause of action against the Defendants Seidali Nmi Ismailov and Manas Express Corp.**,** states as follows:

1.      At all relevant times, Plaintiff was a resident of Vanderburgh County, Indiana.

2.      At all relevant times, Defendant Seidali Nmi Ismailov was an employee working in Warrick County, Indiana.

3.      The events described in this Complaint occurred in Warrick County, Indiana and this Court has proper venue in this action.

4.      At all relevant times, the Defendant, Manas Express Corp. was an Illinois Corporation authorized to do business and is doing business in the State of Indiana and employed Defendant Seidali Nmi Ismailov.

## COUNT I

5.      On or about October 19, 2020, Troy Sanders was operating his motor vehicle on State Route 662 West in Warrick County, Indiana, when Defendant Seidali

Nmi Ismailov negligently and carelessly operated his motor vehicle, disregarding traffic signals and crashed into the Plaintiff.

6.      As a direct and proximate result of the negligence of Defendant, Plaintiff sustained serious bodily injury.

7.      As a direct and proximate result of the bodily injury sustained, Plaintiff has incurred and will continue to incur medical bills and expenses, and has experienced and will continue to experience physical and mental pain, suffering, inconvenience, and lost wages.

**COUNT II**

8.      On or about the aforementioned dated, the Defendant, Manas Express Corp, was the owner of the vehicle driven by Defendant Seidali Nmi Ismailov that was involved in the subject collision.

9.      At all times relevant, Defendant Seidali Nmi Ismailov was employed by, and acting within the scope of his employment as an employee for Defendant Manas Express Corp., or one of its agents, subsidiaries, distributorships, or owned businesses or companies, or corporations, and thereby causing the aforementioned Defendant Manas Express Corp. to be either directly or vicariously liable for the injuries caused to Plaintiff.

10.     As a direct and proximate result of the acts and conduct of Defendant, Manas Express Corp., the Plaintiff sustained severe and permanent bodily injury; has incurred and will continue to incur medical bills and expenses; and has suffered and will continue to suffer physical pain and inconvenience; all damages in excess of the minimal amount necessary to confer jurisdiction upon this Court.

11.     The negligence of Defendant Manas Express Corp., or one of its employees acting within the scope of their employment, agents, subsidiaries, owned business, companies or corporations in their driving operations and/or their acts and/or omissions being otherwise negligent are the direct and proximate cause of all damages suffered by Plaintiff, or are substantial cause in causing the same.

**WHEREFORE**, Plaintiff, Troy Sanders, demands relief against Defendants Seidali Nmi Ismailov and Manas Express Corp. as follows:

1.     Judgment against the Defendants for compensatory damages in an amount in excess of the amount necessary to invoke the jurisdiction of this court and reasonably calculated to compensate Plaintiff for his damages, to include the following:

   a.     Past and future medical expenses;

   b.     Past and future physical and mental pain and suffering, to include inconvenience;

   c.     Lost Wages.

2.     Costs herein expended;

3.     **Trial by jury**;

4.     Any and all interest to which the Plaintiff may be adjudicated to be entitled to from the date of filing this action; until paid; and

5.     Any and all other appropriate relief to which the Plaintiff may appear to be justly entitled.

Respectfully submitted,

*/s/ Robert Garwood*

_____

Robert Garwood #32223-49
Morgan & Morgan
20 NW Third Street Suite 940
Evansville, IN 47708
812.924.6916 (t)
812.924.6936 (f)
*Counsel for Plaintiff*


Comes now Plaintiff, Troy Sanders, and demands a trial by jury on all issues so triable.

*/s/ Robert Garwood*

_____

Robert Garwood #32223-49

# IN THE WARRICK CIRCUIT COURT
## STATE OF INDIANA

TROY SANDERS
    Plaintiff

v.                             CASE NO. 87C01-2112-CT-002437

SEIDALI NMI ISMAILOV

and

MANAS EXPRESS CORP.
    Defendants

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
Initiating <u>X</u>    Responding _____    Intervening _____; and

the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

Name of party <u>Troy Sanders, Plaintiff</u>

Address of party *(see Question # 6 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*

_____

_____

Telephone # of party _____

FAX: _____

Email Address:_____

*(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

Name: <u>John L. Smith</u> Atty Number: <u>#26921-31</u>

Address: <u>Morgan & Morgan, 426 Bank Street Suite 300, New Albany, IN 47150</u>

Phone: (812) 850-6850

FAX: (812) 941-4026

Email Address: johnsmith@forthepeople.com

*(List on continuation page additional attorneys appearing for above party)*

3.  This is a <u>CT</u> case type as defined in administrative Rule 8(B)(3).

4.  I will accept service from other parties by:

     FAX at the above noted number:  Yes _____ No <u>X</u>

     Email at the above noted number:  Yes _____ No <u>X</u>

*5.* This case involves child support issues. Yes _____ No <u>X</u>  *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**.  Use Form TCM-TR3.1-4.)*

6.  This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes _____ No <u>X</u> *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:

    _____     Attorney's address

    _____     The Attorney General Confidentiality program address

address is     (contact the Attorney General at 1-800-321-1907 or e-mail **confidential@atg.in.gov)**.

    _____     Another address (provide)

_____

7.  This case involves a petition for involuntary commitment.  Yes _____ No <u>X</u>

8.  If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

a.  Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:
_____

b.  State of Residence of person subject to petition: _____

c.  At least one of the following pieces of identifying information:

(i)   Date of Birth _____

(ii)   Driver's License Number _____ _____

State where issued _____ Expiration date _____

(iii)   State ID number _____

State where issued _____ Expiration date _____

(iv)   FBI number _____

(v)   Indiana Department of Corrections Number
_____

(vi)   Social Security Number is available and is being provided in an
attached confidential document Yes _____ No _____

9.  There are related cases: Yes _____ No X *(If yes, list on continuation page.)*

10. Additional information required by local rule:

_____

11. There are other party members: Yes _____ No X *(If yes, list on continuation page.)*

12. This form has been served on all other parties and Certificate of Service is attached:
Yes___ No X

*s/ John L. Smith*
John L. Smith 26921-31
Morgan & Morgan
426 Bank Street Suite 300
New Albany, IN 47150
812-850-6850 (t)
812-941-4026 (f)
johnsmith@forthepeople.com
*Counsel for Plaintiff*

Case 3:22-cv-00084-RLY-MPB   Document 1-2   Filed 06/16/22   Page 12 of 24 PageID #: 17

87C01-2112-CT-002437
Warrick Circuit Court

Filed: 12/21/2021 1:09 PM
Clerk
Warrick County, Indiana

## IN THE WARRICK CIRCUIT COURT
## STATE OF INDIANA

TROY SANDERS
    Plaintiff

v.                     CASE NO. _____


SEIDALI NMI ISMAILOV

and

MANAS EXPRESS CORP.
    Defendants

### SUMMONS

THE STATE OF INDIANA TO:    Seidali Nmi Ismailov
                                  1003 176th Ave NE
                                  Bellvue, WA 98008

      You have been sued by the Plaintiff in the Court stated above.

      The nature of the suit against you is stated in the complaint, which is attached to this summons.  It also states the demand, which the Plaintiff has made against you.

      You or your attorney must answer the petition in writing and your written answer must be filed with the Court within twenty (20) days after you receive this summons or within twenty-three (23) days if you received this summons by mail, or a judgment will be entered against you for what the Plaintiff has demanded in the attached petition.

      If you deny the demand, or if you have a claim against the Plaintiff, you must assert it in your written answer.

      It is suggested that you immediately consult an attorney of your choice regarding this matter.

      The following manner of service of summons is hereby designated:

                    CERTIFIED MAIL

Dated: __12/21/2021__, 2021    _Patricia _____

                 CLERK, Warrick COUNTY

Case 3:22-cv-00084-RLY-MPB   Document 1-1   Filed 04/26/22   Page 13 of 24 PageID #: 18

67C01-2112-CT-002437
Warrick Circuit Court

Filed: 12/21/2021 1:09 PM
Clerk
Warrick County, Indiana

## IN THE WARRICK CIRCUIT COURT
## STATE OF INDIANA

TROY SANDERS
    Plaintiff

v.                            CASE NO. _____


SEIDALI NMI ISMAILOV

and

MANAS EXPRESS CORP.
    Defendants

### SUMMONS

THE STATE OF INDIANA TO:    Manas Express Corp.
                                   C/O Sagynbek Matmuratov
                                   2842 S State Street
                                   Lockport, IL 60441

    You have been sued by the Plaintiff in the Court stated above.

    The nature of the suit against you is stated in the complaint, which is attached to this summons.  It also states the demand, which the Plaintiff has made against you.

    You or your attorney must answer the petition in writing and your written answer must be filed with the Court within twenty (20) days after you receive this summons or within twenty-three (23) days if you received this summons by mail, or a judgment will be entered against you for what the Plaintiff has demanded in the attached petition.

    If you deny the demand, or if you have a claim against the Plaintiff, you must assert it in your written answer.

    It is suggested that you immediately consult an attorney of your choice regarding this matter.

    The following manner of service of summons is hereby designated:

CERTIFIED MAIL

Dated: __12/21/2021__, 2021    _____

CLERK, Warrick COUNTY

Filed: 1/25/2022 9:21 AM
Warrick Circuit Court
Warrick County, Indiana

# IN THE WARRICK CIRCUIT COURT
## STATE OF INDIANA

TROY SANDERS
    Plaintiff

v.                                 CASE NO. 87C01-2112-CT-002437

SEIDALI NMI ISMAILOV

and

MANAS EXPRESS CORP.
    Defendants

## ALIAS SUMMONS

THE STATE OF INDIANA TO:    Seidali Nmi Ismailov
                                     2291 S. Lexington Drive
                                     Mount Prospect, IL 60056

You have been sued by the Plaintiff in the Court stated above.

The nature of the suit against you is stated in the complaint, which is attached to this summons.  It also states the demand, which the Plaintiff has made against you.

You or your attorney must answer the petition in writing and your written answer must be filed with the Court within twenty (20) days after you receive this summons or within twenty-three (23) days if you received this summons by mail, or a judgment will be entered against you for what the Plaintiff has demanded in the attached petition.

If you deny the demand, or if you have a claim against the Plaintiff, you must assert it in your written answer.

It is suggested that you immediately consult an attorney of your choice regarding this matter.

The following manner of service of summons is hereby designated:

CERTIFIED MAIL

Dated: <u>February 7</u> , 2022       *Patricia E. Perry*

CLERK, Warrick COUNTY              JH

WARRICK COUNTY COURTS
SEAL
INDIANA

## IN THE WARRICK CIRCUIT COURT
## STATE OF INDIANA

TROY SANDERS
    Plaintiff

v.                        CASE NO. 87C01-2112-CT-002437

SEIDALI NMI ISMAILOV

and

MANAS EXPRESS CORP.
    Defendants

### AFFIDAVIT OF SERVICE

    I, Robert Garwood, served a copy of the summons, complaint, and appearance upon Manas Express Corp. via certified mail with service perfected on the noted dates:

270 E. 167th Street
Harvey, IL 60426
**February 1, 2022**

Proof of service is attached to this affidavit as Exhibit A.

_____
Robert Garwood

Sworn to before me this ___7th___ day of __February__ 2021:

_____
Notary Public

My Commission Expires: 11|17|2028

ALYSSA N DISMANG
Notary Public - Seal
Floyd County - State of Indiana
Commission Number NP0730000
My Commission Expires Nov 17, 2028

1

# AFFIDAVIT OF SERVICE

**State of Indiana**                    **County of Warrick**                    **Circuit Court**

**Case Number:** 87C01-2112-CT-002437

Plaintiff:
**TROY SANDERS**

vs.

Defendants:
**SEIDALI NMI ISMAILOV and MANAS EXPRESS CORP.**

Received by Intelligence Investigations LLC on the 27th day of January, 2022 at 12:41 pm to be served on
**Manas Express Corp, 270 E. 167th Street, Harvey, IL 60426.**

I, Eric S. Blohm, being duly sworn, depose and say that on the **1st day of February, 2022 at 4:30 pm,** I:

**CORPORATE - AUTHORIZED AGENT** - served by delivering a true copy of the **Summons, Complaint and
Appearance by Attorney in Civil Case** with the date and hour of service endorsed thereon by me, to:
**Manager Vlad as Authorized Employee for Manas Express Corp,** at the address of: **270 E. 167th Street,
Harvey, IL 60426.** Manager Vlad was informed of the contents therein, in compliance with state statutes, and
stated they were authorized to accept service for Manas Express Corp.

**Additional Information pertaining to this Service:**
2/1/2022 4:30 pm: Attempted service at 270 E. 167th Street, Harvey, IL 60426 - Spoke with manager on duty
who stated the registered agent was currently out of the county. He stated that he could accept the papers on
behalf of the business. When I asked him his name, he replied "Vlad." I asked him for his last name, but he refused to
provide.

**Description of Person Served:** Age: 35, Sex: M, Race/Skin Color: White, Height: 5'6", Weight: 160, Hair: Light
Brown, Glasses: N

I certify that I am over the age of 18, not party to this action and that I am an Illinois Licensed Private Detective.
Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned
certifies that the statements set forth in this instrument are true and correct.



Eric S. Blohm
Illinois License # 115-001963

Intelligence Investigations LLC
4949 Brownsboro Road #183
Louisville, KY 40222
(502) 639-7842

Subscribed and Sworn to before me on the 2nd
day of February, 2022 by the affiant who is
personally known to me.



NOTARY PUBLIC

Our Job Serial Number: STO-2022002095
Ref: Sanders v Ismailov & Manas Express Co

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1c

EXHIBIT
A
tabbles

**IN THE WARRICK CIRCUIT COURT
STATE OF INDIANA**

TROY SANDERS
    Plaintiff

v.                                                  CASE NO. _____


SEIDALI NMI ISMAILOV

and

MANAS EXPRESS CORP.
    Defendants

APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

    1.  The party on whose behalf this form is being filed is:
        Initiating <u>X</u>     Responding _____    Intervening _____; and

        the undersigned attorney and all attorneys listed on this form now appear in this
        case for the following parties:

        Name of party <u>Troy Sanders, Plaintiff</u>

        Address of party *(see Question # 6 below if this case involves a protection from
        abuse order, a workplace violence restraining order, or a no-contact order)*
        _____

        _____


        Telephone # of party _____

        FAX: _____

        Email Address:_____

*(List on a continuation page additional parties this attorney represents in this case.)*

    2.  Attorney information for service as required by Trial Rule 5(B)(2)

        Name: <u>Robert Garwood</u> Atty Number: <u>#32223-49</u>

Address: <u>Morgan & Morgan, 20 NW Third Street, Suite 940, Evansville, IN 47708</u>

Phone: <u>(812) 924-6916</u>

FAX:<u> (812) 924-6936</u>

Email Address: <u>rgarwood@forthepeople.com</u>

*(List on continuation page additional attorneys appearing for above party)*

3.  This is a <u>CT </u>case type as defined in administrative Rule 8(B)(3).

4.  I will accept service from other parties by:

    FAX at the above noted number:  Yes _____ No <u>X</u>

    Email at the above noted number:  Yes _____ No <u>X</u>

*5.* This case involves child support issues. Yes _____ No <u>X</u>  *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**.  Use Form TCM-TR3.1-4.)*

6.  This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes _____ No <u>X</u> *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:

    _____    Attorney's address

    _____    The Attorney General Confidentiality program address

address is    (contact the Attorney General at 1-800-321-1907 or e-mail **confidential@atg.in.gov)**.

    _____    Another address (provide)

_____

7.  This case involves a petition for involuntary commitment.  Yes _____ No <u>X</u>

8.  If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

a.  Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:

_____

b.  State of Residence of person subject to petition: _____

c.  At least one of the following pieces of identifying information:
    (i)    Date of Birth _____

    (ii)    Driver's License Number _____

           State where issued _____ Expiration date _____

    (iii)   State ID number _____

           State where issued _____ Expiration date _____

    (iv)   FBI number _____

    (v)    Indiana Department of Corrections Number _____

    (vi)   Social Security Number is available and is being provided in an attached confidential document Yes _____ No _____

9.  There are related cases: Yes _____ No X *(If yes, list on continuation page.)*

10. Additional information required by local rule:

_____

11. There are other party members: Yes _____ No X *(If yes, list on continuation page.)*

12. This form has been served on all other parties and Certificate of Service is attached:
    Yes___ No X

*s/ Robert Garwood*
Robert Garwood 32223-49
Morgan & Morgan
20 NW Third Street, Suite 940
Evansville, IN 47708
812-924-6916 (t)
812-924-6936 (f)
rgarwood@forthepeople.com
*Counsel for Plaintiff*

**IN THE WARRICK CIRCUIT COURT
STATE OF INDIANA**

TROY SANDERS
    Plaintiff

v.                                                      CASE NO. 87C01-2112-CT-002437


SEIDALI NMI ISMAILOV

and

MANAS EXPRESS CORP.
    Defendants

**MOTION TO WITHDRAW**

    Comes now the Plaintiff, by counsel, and moves the Court to withdraw Robert

Garwood as counsel for Plaintiff, whom is now being represented by John L. Smith with

Morgan & Morgan.  This has been agreed to by both John L. Smith and Robert

Garwood, an agreed order is attached.

                              Respectfully Submitted,

                              */s/ John L. Smith*

                              _____
                              John L. Smith #26921-31
                              Morgan & Morgan
                              426 Bank Street Suite 300
                              New Albany, IN 47150
                              812.850.6850 (t)
                              812.941.4026 (f)
                              *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that the foregoing was served via IEFS on the 9th day of February, 2022 to the following:

Seidali Nmi Ismailov
2291 S. Lexington Drive
Mount Prospect, IL 60056


Manas Express Corp.
270 E. 167th Street
Harvey, IL 60426

*/s/ John L. Smith*

_____

*Counsel for Plaintiff*

Filed: 5/29/2022 8:33 AM
Warrick Circuit Court
Warrick County, Indiana

# IN THE WARRICK CIRCUIT COURT
## STATE OF INDIANA

TROY SANDERS
    Plaintiff

v.                          CASE NO. 87C01-2112-CT-002437

SEIDALI NMI ISMAILOV

and

MANAS EXPRESS CORP.
    Defendants

## WAIVER OF THE SERVICE OF SUMMONS

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 05/03/2022, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Respectfully Submitted,

*/s/ John L. Smith*

_____
John L. Smith #26921-31
Morgan & Morgan
426 Bank Street Suite 300
New Albany, IN 47150
812.850.6850 (t)
812.941.4026 (f)
*Counsel for Plaintiff*

*/s/ Robert R. Foos* with permission

_____
Robert R. Foos
Lewis Wagner, LLP
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN 46201
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that the foregoing was served via IEFS on the 19th day of April, 2022 to the following:

Robert R. Foos, Jr
LEWIS WAGNER, LLP
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN 46201

*/s/ John L. Smith*

_____
*Counsel for Plaintiff*